**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Suat Kilic,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-10473-PHX-JZB

**ORDER**

On November 16, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1.) In his Petition, Petitioner asserts, in and amongst other claims, that his current immigration detention violates the Due Process Clause of the Fifth Amendment. (*Id.* at 13.) On November 16, 2026, the Court issued a Notice of General Order 26-09 directing Respondents to file an Answer within 7 calendar days, absent a terminating order from the Court. (Doc. 5.) On November 20, 2026, Respondents filed a Response, wherein they state:

> Respondents return and answer Petitioner Suat Kilic's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. 1). Respondents do not oppose Petitioner's requested relief for release from custody.

(Doc. 10) (emphasis omitted).

The Court accepts this concession as non-opposition to granting Petitioner's Habeas Corpus Petition as to his request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (doc. 1) is **GRANTED** as to his request for immediate release from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall **IMMEDIATELY** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **THREE (3) DAYS** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of November, 2026.

Honorable John Z. Boyle
United States Magistrate Judge